UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY,<br><br>              Plaintiff,<br><br>   v.<br><br>R W ANDERSON INC. d/b/a R W ANDERSON HOMES; RYAN WESLEY ANDERSON; DNC DRYWALL, LLC; and JOSE CHAVEZ,<br><br>              Defendants. | CASE NO. 23-cv-946<br><br>ORDER STRIKING DEADLINES AND FOR JOINT STATUS REPORT |

On September 12, 2023, the parties filed their Notice of Settlement. Dkt. No. 14. Accordingly, the Court strikes all deadlines. The parties must file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 60 days of entry of this order.

Dated this 15th day of September, 2023.

Jamal N. Whitehead
United States District Judge

ORDER STRIKING DEADLINES AND FOR JOINT STATUS REPORT - 1