THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R W ANDERSON INC. d/b/a R W ANDERSON HOMES; RYAN WESLEY ANDERSON; DNC DRYWALL, LLC; and JOSE CHAVEZ,<br><br>　　　　Defendants. | No. 2:23-cv-00946-JNW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ALL CLAIMS** |

### STIPULATION

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff Developers Surety and Indemnity, Defendants R W Anderson Inc. d/b/a R W Anderson Homes, Ryan Wesley Anderson, DNC Drywall, LLC and Jose Chavez, by and through their attorneys of record, hereby stipulate and agree to the dismissal of all claims between them, with prejudice and without fees or costs awarded against any party.

//

//

//

//

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ALL DEFENDANTS - 1
CASE NO. 2:23-CV-00946-JNW

LEGAL\66553956\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

Dated this 1st day of November, 2023.

COZEN O'CONNOR

By: /s/ Peter Berg
    Peter Berg, WSBA No. 46757
    999 Third Avenue, Suite 1900
    Seattle, Washington 98104
    Telephone: 206.340.1000
    Toll Free Phone: 800.423.1950
    Facsimile: 206.621.8783
    Email: pberg@cozen.com

*Attorney for Plaintiff*

Dated this 1st day of November, 2023.

MONTGOMERY PURDUE PLLC

By: /s/Benjamin I. VandenBerghe
    Benjamin I. VandenBerghe, WSBA No. 35477
    Kay R. Lurie, WSBA No. 51419
    701 Fifth Avenue, Suite 5500
    Seattle, Washington 98104-7096
    Phone: (206) 682-7090
    Fax: (206) 625-9534
    Email: biv@montgomerypurdue.com
            klurie@montgomerypurdue.com

*Attorneys for Defendant DNC Drywall*

Dated this 1st day of November, 2023.

FOREMAN STURM & THEDE LLP

By: /s/Linda L. Foreman
    Linda L. Foreman, WSBA No. 11817
    5825 60th Street SE
    Snohomish, Washington 98290-5104
    Direct (425) 327-0881
    Phone: (425) 377-1100
    Email: linda@foremansturm.com

*Attorney for Defendants R W Anderson, Inc. dba R W Anderson Homes and Ryan Wesley Anderson*

Dated this 1st day of November, 2023.

LEHMBECKER LAW FIRM

By: /s/Elizabeth LePley
    Elizabeth LePley, WSBA No. 40667
    11711 SE 8th Street, Suite 120
    Bellevue, Washington 98005
    Phone: (425) 455-3186
    Fax: (425) 278-5908
    Email: elepley@lehmlaw.com

*Attorney for Defendant Jose Chavez*

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ALL DEFENDANTS - 2
CASE NO. 2:23-CV-00946-JNW

LEGAL\66553956\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

# ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the Stipulation of the above-referenced parties, and the Court having reviewed the Stipulation and finding good cause, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims between Plaintiff and Defendants are hereby dismissed in their entirety with prejudice and without fees or costs against any party.

DATED this 9th day of November, 2023.

_____
Jamal N. Whitehead
United States District Judge

**Presented by:**

COZEN O'CONNOR

By: /s/ Peter Berg
    Peter Berg, WSBA No. 46757
    999 Third Avenue, Suite 1900
    Seattle, Washington 98104
    Telephone: 206.340.1000
    Toll Free Phone: 800.423.1950
    Facsimile: 206.621.8783
    Email: pberg@cozen.com

*Attorneys for Plaintiff*

**Approved; Notice of Presentation Waived:**

FOREMAN STURM & THEDE LLP

By: /s/ Linda L. Foreman
    Linda L. Foreman, WSBA No. 11817
    5825 60th Street SE
    Snohomish, Washington 98290-5104
    Direct (425) 327-0881
    Phone: (425) 377-1100
    Email: linda@foremansturm.com

*Attorney for Defendants R W Anderson, Inc.*
*dba R W Anderson Homes and Ryan Wesley Anderson*

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ALL DEFENDANTS - 3
CASE NO. 2:23-CV-00946-JNW

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\66553956\1

MONTGOMERY PURDUE PLLC

By: */s/Benjamin I. VandenBerghe*
    Benjamin I. VandenBerghe, WSBA No. 35477
    Kay R. Lurie, WSBA No. 51419
    701 Fifth Avenue, Suite 5500
    Seattle, Washington 98104-7096
    Phone:  (206) 682-7090
    Fax:  (206) 625-9534
    Email:  biv@montgomerypurdue.com
             klurie@montgomerypurdue.com

*Attorneys for Defendant DNC Drywall*

LEHMBECKER LAW FIRM

By: */s/Elizabeth LePley*
    Elizabeth LePley, WSBA No. 40667
    11711 SE 8th Street, Suite 120
    Bellevue, Washington 98005
    Phone: (425) 455-3186
    Fax: (425) 278-5908
    Email:  elepley@lehmlaw.com

*Attorney for Defendant Jose Chavez*

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ALL DEFENDANTS - 4
CASE NO. 2:23-CV-00946-JNW

LEGAL\66553956\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 1st day of November, 2023.

          COZEN O'CONNOR

By: */s/ Bonnie L. Buckner*
Bonnie L. Buckner, Legal Secretary
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Facsimile: 206.621.8783
Email:    bbuckner@cozen.com

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ALL DEFENDANTS - 5
CASE NO. 2:23-CV-00946-JNW

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\66553956\1